# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ETHEREDGE | : |
| Plaintiff | : |
| v. | : 3:11-CV-2330 |
| | : (JUDGE MARIANI) |
| M.L. HENRY, et al., | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 6TH DAY OF JANUARY 2014**, upon consideration of Defendants' Motion to Dismiss Amended Complaint (Doc. 41) and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss Amended Complaint (Doc. 41) is **GRANTED IN PART AND DENIED IN PART**.

    a. Plaintiff's gender-based Equal Protection claim is **DISMISSED WITH PREJUDICE**.

    b. All facts arising before March 2008 in support of Plaintiff's sole remaining claim of an Equal Protection violation based on his sexual orientation are **DISMISSED WITH PREJUDICE**.

        i. Accordingly, Defendants' motion to dismiss Plaintiff's Equal Protection claim based on sexual orientation is **DENIED WITHOUT PREJUDICE**.

c. Additionally, Defendants' motion to dismiss for lack of personal involvement is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge