THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ETHEREDGE, | : |
| Plaintiff, | : |
| v. | :    3:11-CV-2330 |
| | :    (JUDGE MARIANI) |
| M.L. HENRY, *et al.*, | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 24th DAY OF MARCH 2015, upon consideration of Defendants' Motion for Summary Judgment (Doc. 65), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment (Doc. 65) is **GRANTED**.

2. The Court enters judgment in favor of Defendants and against Plaintiff.

3. The Clerk of the Court is directed to **CLOSE** the case.

_____
Robert D. Mariani
United States District Judge